AO247 (10/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

United States District Court
Southern District of Texas
**ENTERED**
January 15, 2016
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## Southern District of Texas
### Holding Session in Brownsville

UNITED STATES OF AMERICA
v.
JUAN MARTIN OCHOA-BONILLA

CASE NUMBER: **1:10CR00254-002**
USM NUMBER: **39712-177**

Date of Original Judgment: **10/14/2010**
Date of Previous Amended Judgment: _____
(Use Date of Last Amended Judgment if Any)
Defendant's Attorney

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ DENIED
Pursuant to the 2014 Guidelines Manual, which had already incorporated the "Drug Minus 2" Guideline Amendment, the base offense level for 4.5 kilograms or more of "Ice" remains at 38. The resulting total offense level and applicable guideline range for imprisonment, originally adopted by the Court at sentencing, remains in effect. Therefore, no sentence reduction is warranted.

☐ GRANTED and the defendant's previously imposed sentence of imprisonment (*as reflected in the last judgment issued*) of _____ months **is reduced to** _____ months.

(*Complete Parts I and II of Page 2 when motion is granted*)

Except as otherwise provided, all provisions of the judgment dated **October 14, 2010**, shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 1/15/16

Signature of Judge

Effective Date: _____
(*if different from order date*)

**ANDREW S. HANEN**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

GM/271638